UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM MUNDELL, ROBYN MUNDELL,
ALEXANDER MUNDELL, and LILY MUNDELL,

                        Plaintiffs,
    -against-                                24 **CIVIL** 2800 (JSR)

## JUDGMENT

VALERIE NATSIOS-MUNDELL,

                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 8, 2024, the Court grants plaintiffs' motion to remand.

**Dated:** New York, New York

      October 9, 2024

                                                              **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                               **BY:**

                                                                 **Deputy Clerk**